```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

MARIA MENDIZABAL, on behalf of herself
and all others similarly situated,

                        Plaintiffs,
                                              17 Civ. 10043 (RWS)
        - against -
                                                   O R D E R
BIG APPLE MOVING & STORAGE, INC.,

                        Defendant.

------------------------------------------X
```

**Sweet, D.J.**

It having been reported to this Court that the above entitled action has been settled, it is ORDERED that the above action is dismissed without prejudice; provided, however, that within 30 days of the date of this order, Plaintiffs may apply by letter in which event the action will be restored.

**New York, NY**
**August 28, 2018**

_____
ROBERT W. SWEET
U.S.D.J.