```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

MARIA MENDIZABAL, on behalf of herself
and all others similarly situated,

                        Plaintiffs,
                                                17 Civ. 10043 (RWS)
       - against -
                                                    O R D E R
BIG APPLE MOVING & STORAGE, INC.,

                        Defendant.
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/18

**Sweet, D.J.**

Pursuant to the parties' stipulation of dismissal, dated September 27, 2018, it is ORDERED that the above action is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**New York, NY**
**October 4, 2018**

_____
ROBERT W. SWEET
U.S.D.J.